IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
v. ) Criminal Case No.: CR495-123
) Civil Case No.: CV405-043
)
KENNETH E. BROWN, )
)
Defendant. )
)

# O R D E R

Before the Court are Defendant's Motion to Supplement his Objections to the Magistrate's Report and Recommendation (Doc. 942) and Supplemental Objections to the Report and Recommendation. (Doc. 945.) The Court has adopted the Magistrate's Report and Recommendation, and, therefore, Defendant's Motion to Supplement is **DENIED** as moot. Further, Defendant's supplemental objections do not provide the Court with any grounds to waver from its adoption of the Report and Recommendation. Accordingly, Petitioner's supplemental objections are **OVERRULED**.[1]

SO ORDERED, this 10th day of May, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Citations in this Order are to the docket in Defendant's criminal case. However, the Clerk of the Court is **DIRECTED** to have the record reflect that Defendant's Motions are denied on his civil docket as well.

# United States District Court
## Southern District of Georgia

Kenneth E. Brown )

vs ) CASE NUMBER CV405-0043

United States of America )
) DIVISION SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/10/05, which is part of the official record of this case.

Date of Mailing: 5/10/05

Date of Certificate ☒ same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

Name and Address -

Kenneth E. Brown, 08930-021, USP-Atlanta, P.O. Box 150160, Atlanta, GA 30315
Amy Lee Copeland, Esq., U.S. Attorney's Office, P.O. Box 8970, Savannah, GA 31412
CRIMINAL

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate